AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PRATT, ROBERT W. | 2. Court or Organization<br><br>US DISTRICT COURT - SO IOWA | 3. Date of Report<br><br>05/08/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | September 6-9. 2017 | Nashville, TN | Speaker | Transportation, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PRATT, ROBERT W.** | 05/08/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 3. MORGAN STANLEY BANK (CASH) | A | Interest | K | T | | | | | 3 |
| 4. BRISTOL MYERS SQUIBB CO (BMY) | A | Dividend | J | T | | | | | 88 |
| 5. GOLDMAN SACHS GRP INC (GS.J) | B | Dividend | K | T | | | | | 89 |
| 6. KKR & CO LP (KKR.B) | B | Int./Div. | K | T | | | | | 90 |
| 7. PUBLIC STORAGE (PSA.D) | B | Dividend | K | T | | | | | 91 |
| 8. WELLS FARGO & CO SER-X (WFC.X) | B | Dividend | K | T | | | | | 92 |
| 9. MS EMERGING MKTS DOMESTIC DEBT | C | Dividend | L | T | | | | | 4 |
| 10. INDIANAPOLIS IN WATER WORKS (4552852N5) | B | Interest | K | T | | | | | 20 |
| 11. WYLIE CITY TEX COMB TAX REV | B | Interest | K | T | Redeemed (part) | 02/15/17 | K | | 12 |
| 12. ALASKA MUN BND BK REV-1 | B | Interest | K | T | | | | | 57 |
| 13. ALASKA MUN BD BK ALASKA MUN BD BK AUTH REV (01179RPK3) (X) | A | Interest | J | T | | | | | |
| 14. NEW YORK N Y CIT HSG DEV (64970M8K2) | A | Interest | K | T | | | | | 21 |
| 15. CLIVE IOWA GENL OBLIG-C (188864ZC9) | A | Interest | K | T | | | | | 22 |
| 16. LONG ISLAND PWR AUTH N Y ELEC SYS REV SER A OY (542690NR9) | | None | J | T | | | | | 27 |
| 17. IOWA ST PRISON INFRASTRUCTURE FUND OBLIG (46257TBK4) | C | Interest | M | T | | | | | 23 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IOWA ST UNIV ACADEMIC BLDG (462582WR4) | C | Interest | M | T | | | | | 85 |
| 19. NEVADA STATE HIGHER EDUC (641496DL5) | B | Interest | K | T | | | | | 24 |
| 20. IOWA STUDENT LOAN LIQUIDITY CORP STUDENT LOAN REV-1 (462590HE3) | A | Interest | J | T | | | | | 25 |
| 21. COLLEGE CHARLESTON SC HIGHER ED FACS REV REF-A (194208FB5) | A | Interest | K | T | | | | | 26 |
| 22. MARION IOWA URBAN RENWAL A (569611SH0) | A | Interest | K | T | | | | | 28 |
| 23. HONOLULU HAWAII CITY WASTE ZERO COUPON (438701AX2) | | None | J | T | | | | | 29 |
| 24. IOWA FIN AUTH SINGLE FAMILY MTG REV SER-1 (462467MF5) | B | Interest | K | T | Redeemed (part) | 12/04/17 | J | | 30 |
| 25. | | | | | Redeemed (part) | 12/28/17 | J | | |
| 26. WATERLOO IOWA COMNTY SCH DIST SCH INFRAS SALES & SVCS REV (941660AL6) | A | Interest | K | T | | | | | 37 |
| 27. CONNECTICUT HSNG FIN AUTH MORTG REV B-1 | B | Interest | L | T | | | | | 31 |
| 28. FLORIDA HIGHER ED FACS FIN AUTH (34073TEA1) | A | Interest | J | T | | | | | 32 |
| 29. HOUSTON TEX WTR & SWR SYS REV SER A | | None | L | T | | | | | 33 |
| 30. WALKER CNTY ALA BRD ED -A (931541GG5) | A | Interest | K | T | | | | | 35 |
| 31. ORANGE BEACH ALA WTR SWR & FIRE (68407LFR5) | A | Interest | K | T | | | | | 36 |
| 32. VIRGINIA ST RES AUTH WTR & SWR ZERO COUPON (928181HR0) | | None | J | T | | | | | 38 |
| 33. MISSOURI ST HEALTH & EDL FACS AUTH (60637AC59) | A | Interest | K | T | | | | | 39 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. HAMILTON CNTY OHIO SALES TAX ZERO COUPON (407287KH3) | | None | J | T | | | | | 40 |
| 35. VIRGINIA ST HSG DEV AUTH COMWL (92812UF60) | A | Interest | K | T | | | | | 41 |
| 36. CARSON CITY NEV CAP IMPT REF A (1458076H1) | A | Interest | K | T | | | | | 42 |
| 37. CLARK CNTY NEV SCH DIST SER A (181059RH1) | B | Interest | L | T | | | | | 43 |
| 38. METRO WA D C ARPTS AUTH DULLES TOLL RD REV-B (592643AP5) | | None | K | T | | | | | 44 |
| 39. NORTHBROOK ILL GENL OBLIG SER 1 (663821TK2) | A | Interest | K | T | | | | | 46 |
| 40. LOUDOUN CNTY VA INDL DEV AUTH PUB SAFETY (54589NBC8) | A | Interest | K | T | | | | | 48 |
| 41. DAVENPORT IOWA COPR REF-A (238388MV1) | B | Interest | L | T | | | | | 49 |
| 42. SHARON MASS MUN PURP LN (819649XB5) | A | Interest | K | T | | | | | 51 |
| 43. PIMA COUNTY ARIZ GENERAL OBLIGATION (721663XD9) | B | Interest | L | T | | | | | 52 |
| 44. KINGSPORT TENN BE (496443NL2) | A | Interest | J | T | | | | | 53 |
| 45. DES MOINES IOWA WTR REV REF B (250152GQ2) | B | Interest | L | T | | | | | 54 |
| 46. IOWA STUDENT LOAN LIQUIDITY CO RP STUDENT LOAN REV SEN (462590JG6) | B | Interest | K | T | | | | | 55 |
| 47. JANESVILLE WI GENL BE (470844X22) | A | Interest | K | T | | | | | 56 |
| 48. COLLIER CNTY FLA GAS TAX REV (19463PDG6) | A | Interest | K | T | | | | | 58 |
| 49. STATE UNIV IOWA ATHLETIC FACS REV (8575355M6) | B | Interest | L | T | | | | | 59 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. FORT BEND CNTY TEX WTR CTL & IMPT DIST NO 2 (346820SZ7) | A | Interest | K | T | | | | | 60 |
| 51. MONTGOMERY CO MD HSG OPP (6133492E8) | B | Interest | K | T | | | | | 61 |
| 52. AMES IOWA CMNTY SCH DIST | C | Interest | M | T | | | | | 62 |
| 53. DESCHUTES CNTY ORE ADMIN SCH DIST NO-1 (250325SA6) | A | Interest | K | T | | | | | 63 |
| 54. TOMPKINS CNTY NY IMPT GENL OBLIG (890091UM1) | B | Interest | L | T | | | | | 64 |
| 55. JEA FLA WTR & SWR SYS SUB (46613PW44) | C | Interest | M | T | | | | | 65 |
| 56. PATCHOGUE-MEDFORD NY UN FREE SCH DIST (703023PJ4) | A | Interest | J | T | | | | | 66 |
| 57. BROOKHAVEN NY PUB IMPT-B (113152TF9) | B | Interest | K | T | | | | | 67 |
| 58. TENNESSEE ENERGY ACQUISITION CORP GAS REV (880443ED4) | B | Interest | K | T | | | | | 68 |
| 59. LINCOLN CNTY KY SCH DIST FIN BE (533206KQ0) | B | Interest | K | T | | | | | 69 |
| 60. ARLINGTON TEX FOR ISSUES DATED BE (041796KY8) | B | Interest | L | T | | | | | 70 |
| 61. GRAND FORKS N D WTR BE (385514HX5) | A | Interest | J | T | | | | | 71 |
| 62. TRUMBULL CONN GENLT OBLIG (898116P51) | A | Interest | J | T | | | | | 72 |
| 63. FSU FINL ASSISTANCE INC FLA BE (302644DY2) | A | Interest | J | T | | | | | 73 |
| 64. HILLSBOROUGH CNTY FLA CMNTY INVT TAX BE (43231YFS0) | A | Interest | K | T | | | | | 74 |
| 65. RUSHFORD MINN BE (782021HR3) | A | Interest | K | T | | | | | 75 |
| 66. ABERDENN TWP N J BE (003269DW4) | A | Interest | J | T | | | | | 76 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. CITY OF HOUSTON TX COMBINED UTIL BE (442435N66) | A | Interest | J | T | | | | | 77 |
| 68. SOUTHEAST POLK IOWA CMNTY SCH DIST REV (841485BE4) | A | Interest | J | T | | | | | 82 |
| 69. NEW YORK STATE HSG FIN AGY BE (64986UQS9) | A | Interest | K | T | | | | | 78 |
| 70. FLOWER MOUND TX BE (343487U44) | B | Interest | K | T | | | | | 79 |
| 71. MAINE ST TPK AUTH SPL BE (560543BW9) | B | Interest | K | T | | | | | 80 |
| 72. IOWA ST SPL OBLIG (46257TDP1) | B | Interest | K | T | | | | | 84 |
| 73. CLARK CNTY NEV GEN OBLIG (180848AV5) | A | Interest | | | Redeemed | 11/01/17 | K | A | 9 |
| 74. OHIO ST HOSP CLEVE CLINIC (677561GC0) | A | Interest | | | Redeemed | 01/03/17 | K | | 11 |
| 75. AUSTIN TEX UTIL SYS REV ZERO COUPON (052474AK9) | | None | | | Redeemed | 05/15/17 | K | | 13 |
| 76. UNIVERSITY N C CHAPEL HILL REV REF STUDENT FEE UTILS OY (914713TU6) | | None | | | Redeemed | 08/01/17 | K | | 14 |
| 77. ST CLAIR CNTY ILL GEN OBLIG ZERO (788244CQ2) | | None | | | Redeemed | 10/02/17 | K | | 15 |
| 78. NEW YORK ST MTG AGY HOMEOWNER MTG (649883WD3) | A | Interest | | | Redeemed | 10/02/17 | K | | 17 |
| 79. TAMPA FLA UTIL TAX OY (875287DH4) | | None | | | Redeemed | 10/02/17 | J | | 18 |
| 80. COVINA CALIF PUB FIN WASTEWATER (223051AG8) | A | Interest | | | Redeemed | 10/02/17 | J | | 19 |
| 81. POWERSHIEK IOWA WTR ASSN WTR REV | B | Interest | | | Redeemed | 12/04/17 | K | | 47 |
| 82. CLARK CNTY NEV SCH DIST BLDG-B (181059NQ5) | A | Interest | | | Redeemed | 07/10/17 | J | | 50 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. UNIVERSITY WASH UNIV REV (91523NFG6) | B | Interest | | | Redeemed | 12/01/17 | K | | 81 |
| 84. COLUMBUS OHIO SWR REV (199561FP1) | B | Interest | | | Redeemed | 12/01/17 | K | C | 83 |
| 85. GOLDMAN SACHS (36161TVU6) | A | Interest | K | T | | | | | 86 |
| 86. AMERICAN EXPRESS (0258M0EC9) | B | Dividend | L | T | Buy | 03/01/17 | L | | |
| 87. ROYAL BNK OF CANADA (78012KRK5) | A | Dividend | L | T | Buy | 03/01/17 | L | | |
| 88. SYNCHRONY DRAPER UT CD (87164YQH0) | B | Dividend | L | T | Buy | 05/17/17 | L | | |
| 89. XEROX CORP (984121CH4) | B | Dividend | K | T | Buy | 10/20/17 | L | | |
| 90. BMW SALT LAKE CITY UT CD (05580AKX1) | A | Int./Div. | K | T | Buy | 10/20/17 | K | | |
| 91. WALGREENS BOOTS ALLIANCE (931427AQ1) | A | Dividend | L | T | Buy | 12/05/17 | L | | |
| 92. AT & T INC (00206REM0) | A | Dividend | L | T | Buy | 12/05/17 | L | | |
| 93. QUALCOMM INC (747525AU7) | A | Dividend | K | T | Buy | 12/05/17 | K | | |
| 94. ABBOTT LABORATORIES (002824BC3) | B | Dividend | M | T | | | | | 93 |
| 95. IRA #1 (H) | | | | | | | | | |
| 96. MORGAN STANLEY BANK | A | Interest | M | T | | | | | 95 |
| 97. MS MARKET LINKED NOTE DJIA | | None | K | T | | | | | 96 |
| 98. JPMORGAN CHASE & CO BB (JPM.H) | B | Dividend | K | T | | | | | 131 |
| 99. KKR & CO LP (KKR.B) | B | Int./Div. | K | T | | | | | 132 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. PUBLIC STORAGE (PSA.D) | B | Dividend | K | T | | | | | 133 |
| 101. WELLS FARGO & CO (WFC.W) | B | Dividend | K | T | | | | | 134 |
| 102. MS ERMERGING MKTS DOMESTIC DEBT (EDD) | A | Dividend | J | T | | | | | 98 |
| 103. WESTERN ASSET HIGH YIELD (HYI) | B | Dividend | K | T | | | | | 101 |
| 104. STATE UNIV IOWA UNIV REV (857536DM5) | A | Interest | K | T | | | | | 97 |
| 105. ASSURANT INC (04621XAE8) | A | Interest | K | T | | | | | 110 |
| 106. MORGAN STANLEY | B | Interest | L | T | Buy (add'l) | 06/23/17 | L | | 113, 116 |
| 107. DOW CHEMICAL COMPANY (26054LXM0) | A | Interest | K | T | | | | | 112 |
| 108. ROYAL CANK OF CANADA (78012KRK5) | A | Dividend | K | T | Buy | 03/01/17 | K | | |
| 109. ASTRAZENECA PLC (046353AF5) | A | Interest | K | T | | | | | 114 |
| 110. AMERICAN EXPRESS (0258M0EC9) | A | Dividend | K | T | Buy | 03/01/17 | K | | |
| 111. GENERAL ELECRTIC CAPITAL CORP | A | Dividend | J | T | Redeemed (part) | 05/30/17 | K | | 118, 120 |
| 112. AVON PRODUCTS INC (054303AX0) | B | Interest | K | T | | | | | 130 |
| 113. TEVA PHARMA FIN IV LLC (88166HAD9) | A | Interest | J | T | | | | | 119 |
| 114. SAFEWAY INC (786514BS7) | B | Interest | K | T | | | | | 121 |
| 115. XEROX CORPORATION (984121CM3) | A | Interest | L | T | | | | | 122 |
| 116. ALLERGAN, INC. (018490AN2) | A | Interest | K | T | | | | | 123 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. ARCONIC INC (013817AV3) | A | Interest | J | T | | | | | 124 |
| 118. SOUTHERN CO (842587CS4) | | None | K | T | Buy | 12/05/17 | K | | |
| 119. FORD MOTOR CREDIT COMPANY, LLC (34540TGZ9) | A | Interest | K | T | | | | | 125 |
| 120. CITIGROUP INC (14042RGD7) | | None | L | T | Buy | 12/05/17 | K | | |
| 121. HJ HEINZ CO (423074AM5) | A | Interest | J | T | | | | | 126 |
| 122. GOLDMAN SACHS GROUP (38145GAG5) | | None | K | T | Buy | 12/05/17 | K | | |
| 123. ICAHN ENTERPRISES FIN (451102BF3) | B | Interest | K | T | | | | | 127 |
| 124. BMC SOFTWARE INC (055921AB6) | A | Interest | K | T | | | | | 128 |
| 125. NEWMONT MINING CORP (651639AN6) | A | Interest | J | T | | | | | 129 |
| 126. AT&T INC (00026RBN1) | A | Dividend | M | T | Buy | 10/23/17 | L | | |
| 127. | | | | | Buy (add'l) | 12/06/17 | L | | |
| 128. MURPHY OIL CORP | A | Interest | K | T | Redeemed (part) | 09/05/17 | K | A | 107 |
| 129. QUALCOMM INC (747525AR4) | | None | L | T | Buy | 12/05/17 | K | | |
| 130. | | | | | Buy (add'l) | 12/06/17 | L | | |
| 131. EXPRESS SCRIPTS HOLDING (30219GAQ1) | | None | K | T | Buy | 12/05/17 | K | | |
| 132. TRANS-CANADA PIPELINES FIXED (89352HAC3) | A | Interest | J | T | | | | | 102 |
| 133. CAPITAL ONE NA MCLEAN VA CD (14042RGD7) | A | Dividend | L | T | Buy | 06/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. COMPASS BK CD BIRMINGHAM AL (20451PTN6) | | None | L | T | Buy | 12/05/17 | L | | |
| 135. CENTURYLINK INC (156700AQ9) | A | Interest | | | Redeemed | 06/15/17 | K | | 105 |
| 136. DUN & BRADSTREET CORP (26483EAF7) | A | Interest | | | Redeemed | 12/01/17 | K | | 106 |
| 137. STAPLES INC (855030AL6) | A | Interest | | | Redeemed | 10/12/17 | J | | 108 |
| 138. PITNEY BOWES INC (72447WAA7) | A | Interest | | | Redeemed | 10/13/17 | K | A | 111 |
| 139. IRA #2 (H) | | | | | | | | | |
| 140. MORGAN STANLEY BANK (CASH) | A | Interest | L | T | | | | | |
| 141. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 142. ABBVIE INC COM (ABBV) | B | Dividend | K | T | | | | | |
| 143. ARCONIC INC (AA) | A | Dividend | | | Sold | 03/02/17 | K | D | |
| 144. ALTRIA GROUP INC (MO) | B | Dividend | K | T | | | | | |
| 145. AT&T INC (T) | B | Dividend | K | T | | | | | |
| 146. BOEING CO (BA) | B | Dividend | L | T | | | | | |
| 147. CISCO SYSTEMS (CSCO) | A | Dividend | K | T | | | | | |
| 148. COCA COLA CO (KO) | A | Dividend | K | T | | | | | |
| 149. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 150. ISHARES S&P 100 INDEX FD (OEF) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | | | | | |
| 152. PHILIP MORRIS INTL INC (PM) | A | Dividend | K | T | | | | | |
| 153. PROCTOR & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 154. QUALCOMM INC | A | Dividend | | | Sold | 10/31/17 | J | A | |
| 155. W.P. CAREY INC COM (WPC) | B | Dividend | K | T | | | | | |
| 156. SPDR S&P MIDCAP 400 ETF TRUST (MDY) | B | Dividend | M | T | | | | | |
| 157. ML PFD CAPITAL TRUST III (MER.P) | A | Interest | J | T | | | | | |
| 158. INTEL CORP (INTC) | A | Dividend | K | T | | | | | |
| 159. PEPSICO INC NC (PEP) | B | Dividend | L | T | | | | | |
| 160. APPLE, INC. (AAPL) | A | Dividend | K | T | | | | | |
| 161. INTL BUSINESS MACHINES CORP (IBM) | A | Dividend | J | T | | | | | |
| 162. IRA #3 (H) | | | | | | | | | |
| 163. MORGAN STANLEY BANK (Y) | | | | | | | | | |
| 164. ALLIANCE BERNSTEIN SMALL CAP GROWTH (QUASX) | B | Dividend | J | T | | | | | |
| 165. STARBUCKS CORP WASHINGTON (SBUX) | A | Dividend | J | T | Buy | 10/20/17 | J | | |
| 166. WALGREEN BOOTS ALL INC (WBA) | A | Dividend | J | T | | | | | 161 |
| 167. PITNEY BOWES INC | A | Interest | | | Sold (part) | 10/13/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | Sold | 10/17/17 | J | | |
| 169. BANK PRINCETON NEW JERSEY CD (064520AE9) | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 170. COMENITY BANK SALT LASKE CITY UT CD (20033AVV5) | A | Dividend | J | T | Buy | 08/14/17 | J | | |
| 171. IRA #4 (H) | | | | | | | | | |
| 172. MORGAN STANLEY BANK (Y) | | | | | | | | | |
| 173. DEUTSCHE X-TRACKERS MSCI EAF | A | Dividend | | | Sold | 07/07/17 | J | | |
| 174. ISHARES CORE MSCI EAFE ETF (IEAF) | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 175. ISHARES CORE MSCI EMERGING (IEMG) | A | Dividend | J | T | | | | | |
| 176. ISHARES RUSSELL 1000 GR (IWF) | A | Dividend | K | T | | | | | 172 |
| 177. ISHARES RUSSELL 1000 VALUE (IWD) | A | Dividend | K | T | Sold (part) | 07/07/17 | J | A | 174 |
| 178. ISHARES 2000 VALUE FD (IWN) | A | Dividend | J | T | | | | | |
| 179. ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 180. ISHARES RUSSELL MIDCAP G (IWP) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | 178 |
| 181. ISHARES RUSSELL MIDCAP V (IWS) | A | Dividend | J | T | | | | | 179 |
| 182. ISHARES IBOXX $ H/Y COR BD ETF (HYG) | A | Dividend | | | Sold | 07/07/17 | J | A | |
| 183. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 184. VANGUARD SHORT TERM BND (BSV) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. VANGUARD TOTAL BOND MARKET (BND) | A | Dividend | J | T | Buy (add'l) | 07/07/17 | J | | |
| 186. WISDOMTREE TRUST JAPAN HEDGE EQ (DXJ) | A | Dividend | J | T | | | | | |
| 187. COLLEGE SAVINGS PLAN #1 (H) | | | | | | | | | |
| 188. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 189. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 190. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 191. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 192. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 193. COLLEGE SAVINGS PLAN #2 (H) | | | | | | | | | |
| 194. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 195. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 196. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 197. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 198. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 199. COLLEGE SAVINGS PLAN #3 (H) | | | | | | | | | |
| 200. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 201. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W. | 05/08/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 203. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 204. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 205. COLLEGE SAVINGS PLAN #4 (H) | | | | | | | | | |
| 206. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 207. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 208. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 209. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 210. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 211. COLLEGE SAVINGS PLAN #5 (H) | | | | | | | | | |
| 212. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |
| 213. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 214. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 215. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 216. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 217. COLLEGE SAVINGS PLAN #6 (H) | | | | | | | | | |
| 218. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 220. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 221. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 222. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 223. COLLEGE SAVINGS PLAN #7 (H) | | | | | | | | | |
| 224. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) (X) | | None | J | T | | | | | |
| 225. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 226. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 227. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 228. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 229. COLLEGE SAVINGS PLAN #8 (H) | | | | | | | | | |
| 230. VOYA 529 INTERMEDIATE BD OPT A (DCBPA) (X) | | None | J | T | | | | | |
| 231. VOYA 529 LARGE CAP GW OPT A (FGIOA) | | None | J | T | | | | | |
| 232. VOYA 529 LARGE CAP VALUE OP A (ACLCA) | | None | J | T | | | | | |
| 233. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 234. VOYA 529 SMALL COMPANY OPT A (CMCVA) | | None | J | T | | | | | |
| 235. COLLEGE SAVINGS PLAN #9 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. VOYA 529 LARGE CAP GW OPT A (FGIOA) (X) | | None | J | T | | | | | |
| 237. VOYA 529 LARGE CAP VALUE OP A (ACLCA) (X) | | None | J | T | | | | | |
| 238. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 239. COLLEGE SAVINGS PLAN #10 (H) | | | | | | | | | |
| 240. VOYA 529 LARGE CAP GW OPT A (FGIOA) (X) | | None | J | T | | | | | |
| 241. VOYA 529 LARGE CAP VALUE OP A (ACLCA) (X) | | None | J | T | | | | | |
| 242. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 243. COLLEGE SAVINGS PLAN #11 (H) | | | | | | | | | |
| 244. VOYA 529 LARGE CAP GW OPT A (FGIOA) (X) | | None | J | T | | | | | |
| 245. VOYA 529 LARGE CAP VALUE OP A (ACLCA) (X) | | None | J | T | | | | | |
| 246. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |
| 247. COLLEGE SAVINGS PLAN #12 (H) | | | | | | | | | |
| 248. VOYA 529 LARGE CAP GW OPT A (FGIOA) (X) | | None | J | T | | | | | |
| 249. VOYA 529 LARGE CAP VALUE OP A (ACLCA) (X) | | None | J | T | | | | | |
| 250. VOYA 529 MLT-MNGR INTL EQ OP A (INGAB) | | None | J | T | Buy (add'l) | 10/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, the assets within Brokerage Account #1 and IRA #1 have been reorganized to assist the filer in the reporting process. Additionally, various assets have undergone changes in names or symbols, and duplicate entries have been consolidated. For ease of review of such items, Column D(5) includes line references to the corresponding lines of the 2016 report.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT W. PRATT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544